IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:23-po 1 |
| LEDARIUS MYERS, | |
| Defendant. | |

### ORDER

This matter is before the Court on the Defendant's Motion to Attend Hearing Via Video Conferencing.  Doc. 5. The Defendant's Motion indicates the Government does not oppose the Defendant's request to appear by video conference.  After careful consideration and for good cause shown, the Defendant's Motion is **GRANTED**.  The parties have also informed the Court that a plea agreement has been reached in this case.  Therefore, the bench trial in this case scheduled for February 7, 2024 at 1:30 p.m. is now rescheduled as an Initial Appearance and Arraignment on Superseding Information, Change of Plea and Sentencing hearing for February 7, 2024 at 1:30 p.m. by video teleconference, Brunswick Federal Courthouse, Courtroom 2.

All parties are **ORDERED** to appear for the hearing by video conference.  The video conference connecting instructions will be provided by Courtroom Deputy Kim Mixon.  All parties must reach out to Courtroom Deputy Kim Mixon at kim_mixon@gas.uscourts.gov or 912-262-2602 to schedule a test connection by 4:00 p.m. on February 6, 2024.

**SO ORDERED**, this 6th day of February, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA